# United States District Court
# For The Western District of North Carolina
# Statesville Division

SHARON S. RUDISILL,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          CASE NO. 5:09CV47

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 10, 2009, Order.

Signed: November 10, 2009

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court