# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| SHARON S. RUDISILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  5:09-CV-00047 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

**THIS MATTER** is before the Court on Plaintiff's *Motion For Attorney's Fees and Costs* filed on November 23, 2009. (Document # 16).  By *Response* filed on December 4, 2009, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of two thousand, four hundred, thirty-four dollars and sixty-five cents ($2,434.65), as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. section 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's *Motion For An Award of Attorney's Fees and Costs* is **GRANTED**, and Plaintiff's counsel shall be paid the sum of two thousand, four hundred, thirty-four dollars and sixty-five cents ($2,434.65) for attorney's fees.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this *Order* to counsel for the parties.

**SO ORDERED.**

Signed: December 8, 2009

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge